[No. 4258–II. Division Two. February 2, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 5417, Gerald B. Chamberlin, J., entered September 6, 1979. *Reversed* and *remanded* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 4282–II. Division Two. February 5, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. ARDESS M. BALLARD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 79–1–00103–0, Terence Hanley, J., entered August 3, 1979. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.

[No. 3956–II. Division Two. February 6, 1981.]

*In the Matter of the Marriage of* JAMES HENRY GIGGANS, *Respondent, and* PEARLINE MARIE GIGGANS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 68735, Robert J. Bryan, J., entered February 16, 1979. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrich, J.